May J. Way, administratrix with the will annexed of the estate of Virgil G. Way, deceased, appellant, v. George F. Way, appellee. Gen. No. 8,428.

Heard in this court at the April term, 1930. Opinion filed June 11, 1930. Rehearing denied October 16, 1930.

Claude M. Swanson and S. Ludlow, for appellant. F. M. Thompson and Little & Finfrock, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.

Thomas M. Pritchett, plaintiff in error, v. Niantic Carbon Coal Company et al., defendants in error. Gen. No. 8,418.

Heard in this court at the April term, 1930. Opinion filed October 29, 1930.

F. R. Wiley and H. H. Morey, for plaintiff in error. Le Forgee, Samuels & Miller, Carl N. Weilepp and McDavid & Monroe, for defendants in error.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

Oscar Nelson, as auditor, v. New Salem State Bank et al. Farmers State Bank of Pittsfield, Illinois, receiver under the cross-bill, appellee, v. C. L. Dunham, appellant. Gen. No. 8,421.

Heard in this court at the April term, 1930. Opinion filed October 29, 1930.

L. T. Graham, for appellant. William and Barry Mumford, for appellee.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

Every M. Paget, appellee, v. Iliff-Bruff Chemical Company, appellant. Gen. No. 8,432.

Heard in this court at the April term, 1930. Opinion filed October 29, 1930. Rehearing denied January 8, 1931.

Dyer & Dyer, for appellant. I. Ray Carter and Chas. W. Fleming, for appellee.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.